IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARITA GORDON             :    CIVIL ACTION
                                      :
   v.                         :    No. 24-6818
                                        :
HAVERFORD TOWNSHIP, ET AL.    :

**<u>ORDER</u>**

AND NOW, this 28th day of April, 2026, upon consideration of Defendants Kohl's Department Store and Loss Prevention Officer Missy Nelson's Motion for Summary Judgment (Dkt. No. 25), Defendants Haverford Township, Detective Joseph Fuller, and Chief of Police John F. Viola's Motion for Summary Judgment (Dkt. No. 28), the briefings on the Motions, the oral argument that occurred on February 3, 2026, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motions (Dkt. Nos. 25 & 28) are GRANTED. Judgment is entered in favor of Defendants and against the Plaintiff on all claims.

It is further ORDERED Gordon's Motion in Limine (Dkt. No. 32) is DENIED as moot. The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.